```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO. 08-20458-CR-UU
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                    ORDER
FELIX FERNANDEZ,                  SETTING TRIAL DATE

        Defendant

_____/

      This cause is set for trial the two-week period commencing **JULY 21, 2008 at 9:00 AM** before the Honorable Ungaro at the United States District Court, Eleventh floor Courtroom, 301 North Miami Avenue, Miami Florida. Calendar call is set for **Wednesday, JULY 16, 2008 at 1:00 PM**.

      **The United States must have complied with the Standing Discovery Order and its discovery obligations under Rule 16, Fed.R. Crim. P., by no later than the Call of the Calendar for the first trial setting of the case or the due date set forth in the SDO, whichever is later. If for some reason the United States is unable to do so, its counsel must be prepared to explain on the record at the calendar call why it has been unable to comply and when it will have completed its discovery obligations.**

      In the event that motion(s) are pending before the Court at the time of the calendar call, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

      **If the defendant has not obtained counsel, it is the**

responsibility of the Assistant United States Attorney to notify the defendant of the scheduling dates established by the Court.

In each case tried before a jury, each party shall file a copy of proposed voir dire questions and proposed jury instructions three days before commencement of trial.

In each case tried non-jury, counsel shall present to the Court at the conclusion of the trial, their proposed findings of fact and conclusions of law, supportable by the evidence presented by citations of authorities.

All exhibits must be pre-marked. A typewritten list setting forth the numbers and description of each exhibit shall be submitted three days before trial.

Counsel for the United States is reminded that the Court looks to the attorneys for the Government to make discovery and under no circumstances will the Court accept the delegation of that responsibility to law enforcement. Failure to comply with the Courts requirements as set forth in this Order will result in the imposition of sanctions, including the exclusion of evidence.

If either side intends to seek the admission of tapes and transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.

All parties are on notice that if this case is not reached

during the above calendar period, it will automatically appear on the next and subsequent calendars until reached. You may not be re-noticed. Calendar Calls will be held on the Wednesday preceding the two-week trial period at 1:00 P.M.

DONE AND ORDERED at Miami, Florida, this __8__ day of July 2008.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record